ROBERT W. LYONS (45548)

LAW OFFICES OF ROBERT W. LYONS
295 West Winton Avenue
Hayward, California
Telephone:  510-782-6161
Facsimile:  510-782-3519

Attorney for Defendant
ARMANDO CHAVEZ-CHAVEZ

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 5:11-cv-00285 EJD |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE HEARING |
| vs. | |
| ARMANDO CHAVEZ-CHAVEZ, | |
| Defendant. | |

The parties by and through their counsel of record, hereby stipulate to the following:  The parties have jointly agreed that the current status conference hearing date of Monday, January 23, 2012 at 1:30 p.m. be continued until Monday, February 13, 2012 at 9:00 a.m. The reason for this continuance is that attorney for defendant has attempted to visit the client to review the plea agreement without success due to obstacles at the jail facility.  Attorney for defendant needs additional time to gain access to the defendant to review the plea agreement.

///

///

///

///

STIPULATION AND PROPOSED ORDER TO CONTINUE STATUS CONFERENCE HEARING - 1

///

Date: January 20, 2012

    /s/Robert W. Lyons
Robert W. Lyons
Attorney for Armando Chavez-Chavez

Date: January 20, 2012

  /s/Carolyne Sanin
Carolyne Sanin
Assistant United States Attorney

**IT IS SO ORDERED.**

Dated: January 20, 2012

Hon. Edward J. Davila.
United States District Judge