ROBERT W. LYONS (45548)

LAW OFFICES OF ROBERT W. LYONS
295 West Winton Avenue
Hayward, California 94544
Telephone (510) 782-6161
Facsimile (510) 782-3519

Attorney for Defendant
Armando Chavez-Chavez

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE VENUE

| UNITED STATES OF AMERICA, | ) Case No.: CR 11-00285 EJD |
|---|---|
| Plaintiff, | ) **STIPULATION AND [PROPOSED] ORDER** |
| vs. | ) **TO CONTINUE SENTENCING HEARING** |
| ARMANDO CHAVEZ-CHAVEZ, | ) |
| Defendant. | ) |

The parties by and through their counsel of record, hereby stipulate to the following:  The parties have jointly agreed that the current sentencing hearing date of Monday, August 27, 2012 at 1:30 p.m. be continued until Monday, October 29, 2012 at 1:30 p.m. The reason for this continuance is that defense counsel is currently in an evidentiary hearing with Judge Jensen, which has had two sessions and is scheduled for a third session on August 27 at 1:00 p.m. It is estimated that the hearing will take all day.  Defense counsel needs to have this hearing continued until Monday, October 29, 2012 as he will be on vacation for three weeks in Europe.

///

///

///

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING HEARING** - 1

For the factual reason above, the parties agree that the sentencing hearing currently scheduled for August 27, 2012 be continued to October 29, 2012.

Date: August 23, 2012

                                                          /s/Robert W. Lyons
                                                          Robert W. Lyons
                                                          Attorney for Armando Chavez-Chavez

Date:                                                   /s/Carolyne Sanin
                                                          Carolyne Sanin
                                                          Assistant United States Attorney

**IT IS SO ORDERED.**

Date:   8/24/2012

                                                          Honorable Edward J. Davila
                                                          United States District Judge